William B. Mersereau, Respondent, v. L. K. Hirsch Company, Appellant.—
Order affirmed, with ten dollars costs and disbursements. All concurred; Kruse,
J., not sitting.

Theresa Grow, Respondent, v. Elias T. Larson, Appellant.— Motion to dismiss
appeal granted, with costs, but without costs of this motion.

The People of the State of New York, Respondent, v. William Dixon, Appel
lant.— Motion to amend order denied.

Avon Springs Sanitarium Company v. William J. Weed.— Motion for leave
to appeal to the Court of Appeals granted and question to be reviewed certified.

In the Matter of the Application of the Directors of the Buffalo and Rochester
Traction Company for an Order Directing the Board of Railroad Commissioners
to Issue a Certificate of Public Convenience and a Necessity under Section 59
of the Railroad Law.*— Order to show cause returnable May twenty-third
granted.

Michele Petti, as Administrator, etc., of Luigi Petti, Deceased, Appellant, v.
Lehigh Valley Railroad Company, Respondent.— Judgment and order affirmed,
with costs. All concurred.

Grace Burrows, Respondent, v. Henry Meahl, Appellant.— Order reversed,
with ten dollars costs and disbursements, and motion for bill of particulars
granted, without costs, requiring the plaintiff to furnish and deliver a bill of
particulars of the place in the city of Buffalo at which, and the name and resi-
dence of at least one person in whose presence, it is alleged and will be claimed
by plaintiff on the trial, the defendant uttered the language and statements
complained of. All concurred.

Emma M. Grant, Appellant, v. A. Booth & Company, Respondent, Impleaded
with Others.— Order reversed, with ten dollars costs and disbursements, and
motion denied, without costs, but without prejudice to a renewal of the same.
Held, that the papers upon which the order appealed from was made were insuf-
ficient to authorize the granting of the same, and that in no event should an
open commission be granted without imposing upon the party applying therefor
payment in advance of the reasonable cost and expense of executing the same.
All concurred.

Herbert G. Steele, Respondent, v. The Village of Glen Park and Others,
Appellants.— Judgment affirmed, with costs. All concurred, except Williams
and Kruse, JJ., who dissented.

The Bell Telephone Company of Buffalo, Respondent, v. Albert H. Parker and
Emily Parker, Appellants.— Order reversed, with ten dollars costs and disburse-
ments, and objections to the sufficiency of the petition sustained, with ten dollars

---

* See Laws of 1890, chap. 565, § 59, added by Laws of 1892, chap. 676, and
amd. by Laws of 1895, chap. 545.— [REP.